IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/WATERLOO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-2021 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | COUNTS 1-31 |
| | ) | 18 U.S.C. § 1001(a)(3): Making and |
| RUSSELL R. WASENDORF, SR., | ) | Using False Documents |
| | ) | |
| Defendant. | ) | |

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 8/13/12
ROBERT L. PHELPS, CLERK

The Grand Jury charges:

**COUNTS 1-2**

On or about the following dates, in the Northern District of Iowa, defendant RUSSELL R. WASENDORF, SR., did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, false writings or documents, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. That is, on behalf of Peregrine Financial Group, Inc. (PFG), defendant submitted and caused to be submitted year-end financial statements for PFG to the United States Commodity Futures Trading Commission that overstated the value of PFG's customer segregated funds by at least tens of millions of dollars, well knowing and believing the actual value of PFG's customer segregated funds was at least tens of millions of dollars less than stated in the financial statements.

| COUNT | SUBMISSION DATE | DOCUMENT SUBMITTED |
|---|---|---|
| 1 | March 31, 2011 | Year-end financial statement for 2010 |
| 2 | March 30, 2012 | Year-end financial statement for 2011 |

This was in violation of Title 18, United States Code, Section 1001(a)(3).

### COUNTS 3-31

On or about the following dates, in the Northern District of Iowa, defendant RUSSELL R. WASENDORF, SR., did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, false writings or documents, knowing the same to contain materially false, fictitious, and fraudulent statements and entries. That is, on behalf of Peregrine Financial Group, Inc. (PFG), defendant submitted and caused to be submitted monthly reports for PFG to the United States Commodity Futures Trading Commission that overstated the value of PFG's customer segregated funds by at least tens of millions of dollars, well knowing and believing the actual value of PFG's customer segregated funds was at least tens of millions of dollars less than stated in the monthly reports.

| COUNT | SUBMISSION DATE | DOCUMENT SUBMITTED |
| --- | --- | --- |
| 3 | February 24, 2010 | Monthly report for January 2010 |
| 4 | March 23, 2010 | Monthly report for February 2010 |
| 5 | April 26, 2010 | Monthly report for March 2010 |
| 6 | May 25, 2010 | Monthly report for April 2010 |
| 7 | June 23, 2010 | Monthly report for May 2010 |
| 8 | July 26, 2010 | Monthly report for June 2010 |
| 9 | August 24, 2010 | Monthly report for July 2010 |
| 10 | September 24, 2010 | Monthly report for August 2010 |

| COUNT | SUBMISSION DATE | DOCUMENT SUBMITTED |
|---|---|---|
| 11 | October 25, 2010 | Monthly report for September 2010 |
| 12 | November 23, 2010 | Monthly report for October 2010 |
| 13 | December 20, 2010 | Monthly report for November 2010 |
| 14 | January 26, 2011 | Monthly report for December 2010 |
| 15 | February 24, 2011 | Monthly report for January 2011 |
| 16 | March 23, 2011 | Monthly report for February 2011 |
| 17 | April 26, 2011 | Monthly report for March 2011 |
| 18 | May 24, 2011 | Monthly report for April 2011 |
| 19 | June 23, 2011 | Monthly report for May 2011 |
| 20 | July 26, 2011 | Monthly report for June 2011 |
| 21 | August 23, 2011 | Monthly report for July 2011 |
| 22 | September 26, 2011 | Monthly report for August 2011 |
| 23 | October 25, 2011 | Monthly report for September 2011 |
| 24 | November 23, 2011 | Monthly report for October 2011 |
| 25 | December 23, 2011 | Monthly report for November 2011 |
| 26 | January 26, 2012 | Monthly report for December 2011 |
| 27 | February 24, 2012 | Monthly report for January 2012 |
| 28 | March 23, 2012 | Monthly report for February 2012 |
| 29 | April 25, 2012 | Monthly report for March 2012 |
| 30 | May 23, 2012 | Monthly report for April 2012 |
| 31 | June 25, 2012 | Monthly report for May 2012 |

This was in violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL

s/Foreperson

Grand Jury Foreperson

8-13-12

STEPHANIE M. ROSE
United States Attorney

By: _____
PETER E. DEEGAN, JR.
Assistant United States Attorney

By: _____
for MATTHEW J. COLE
Assistant United States Attorney