IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

DIVISION: WATERLOO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs<br><br>RUSSELL R. WASENDORF, SR.,<br><br>Defendant | Case No.: CR 12-2021-LRR-1<br><br>**NOTICE** |

☐ Civil     ☒ Criminal

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:** Courtroom 2
4200 C Street SW
Cedar Rapids, IA  52404

Date: Aug 17, 2012
Time: 11:00 AM
w/Judge: Chief Magistrate Judge Jon S. Scoles

## *Type of Proceeding:  Arraignment*

Date:  Aug 14, 2012

**ROBERT L. PHELPS**
Clerk of Court

(By) Deputy Clerk     s/Sarah K. Melvin