# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**  Sealed: No |
| Plaintiff(s) | Case No.: 6:12-CR-2021 |
| vs. | Presiding Judge: JON S. SCOLES, Chief Magistrate Judge |
| RUSSELL R. WASENDORF, SR. | Deputy Clerk: Paul Coberly |
| Defendant(s) | Court Reporter: --   Contract? -- |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: | 8/17/2012 | Start: | 10:51 AM | Adjourn: | 10:54 AM | Courtroom: | 2, Building B |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Peter E. Deegan, Jr. | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | personally, and represented by Jane Kelly | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **ARRAIGNMENT:** | X | **AND/OR** | **INITIAL APPEARANCE:** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date of indictment: | 8/13/2012 | | | | | |
| Was defendant *Mirandized*? | -- | | | | | |
| Defendant pleaded | not guilty to Counts 1 - 31 of the Indictment. | | | | | |
| Counsel: | Retained: | | or | Appointed: | X | FPD/Other: Jane Kelly |
| Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | -- | | | |
| Did the government move for detention? | -- | Was the defendant detained? | Yes | | | |
| Was a detention hearing set? | No | Date: | -- | | | |
| Was a trial date set? | Yes | Date: | LRR 10/15/2012 | | | |
| **Witness/Exhibit List is** | N/A | | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| | | |
|---|---|---|
| | **Miscellaneous:** | Defendant indicates his full name as Russell **Ralph** Wasendorf, Sr.  Defendant waives formal reading of the Indictment.  Status hearing set for 9/19/2012 at 12:00 PM before Chief Magistrate Judge Scoles. |